**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Mark Edward Wetsch,<br><br>Defendant. | Case No. 12-cr-0045 (SRN/JJG)<br><br>**MEMORANDUM OPINION<br>AND ORDER** |

Deidre Y. Aanstad and Kevin S. Ueland, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America.

Mark Edward Wetsch, Sherburne County Jail, 13880 Business Center Drive NW, Elk River, Minnesota 55330, Pro Se.

Jordan S. Kushner, Law Office of Jordan S. Kushner, 431 South Seventh Street, Suite 2446, Minneapolis, Minnesota 55415, Standby Counsel for Defendant.

SUSAN RICHARD NELSON, United States District Judge

This matter came before the undersigned United States District Judge on Defendant's Pro Se Motion Requesting District Court to Recognize Legal Name Change [Doc No. 403]. Defendant has applied for, and been granted, a legal name change by the State of Minnesota. See In re: Application of Mark Edward Wetsch for a Change of Name, 71-CV-13-113 (Minn. Dist. Ct. filed Jan. 18, 2013). Defendant asks the Court to recognize his name change, direct the United States Marshal to recognize his name change and notify Sherburne County of his name change, and direct the United States Probation and Pretrial Services office to recognize his name change. The Court takes judicial notice of the order

from Sherburne County District Court granting Defendant's name change. *Stahl v. U.S. Dep't of Agric.*, 327 F.3d 697, 700 (8th Cir. 2003) (citations omitted). Defendant's motion is granted. The Clerk of Court is directed to amend the caption of this case to reflect Defendant's change of name from Mark Edward Wetsch to Sheikh Bilaal Muhammad Arafat.

I. **ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Pro Se Motion Requesting District Court to Recognize Legal Name Change [Doc. No. 403] is **GRANTED**; and

2. The name Sheikh Bilaal Muhammad Arafat shall replace Mark Edward Wetsch in the caption of this case and in all related documents and proceedings.

Dated: August 7, 2013
s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge