# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEIKH BILAAL MUHAMMAD ARAFAT, a/k/a Mark Edward Wetsch,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Susan Richard Nelson,<br>United States District Judge |

| | |
|---|---|
| Case No.: | 12-cr-0045 (SRN) |
| Date: | April 18, 2023 |
| Court Reporter: | Carla Bebault |
| Courthouse: | St. Paul |
| Courtroom: | 7B |
| Time in Court: | 11:00 – 11:10 a.m. |
| Total Time: | 10 Minutes |

## APPEARANCES:

For Plaintiff: Deidre Y. Aanstad, Assistant U.S. Attorney

For Defendant: Manvir K. Atwal, ☒ FPD, ☐ CJA, ☐ Retained.

## PROCEEDINGS:

Status Conference held.

s/SMD
Courtroom Deputy